954

No. 565. BATCHELOR ET AL. *v.* STEIN. Appeal from D. C. N. D. Tex. Probable jurisdiction noted and case set for oral argument immediately following Nos. 11, 20, and 4 [No. 11, *Samuels et al.* v. *Mackell, District Attorney of Queens County, et al.,* and No. 20, *Fernandez* v. *Mackell, District Attorney of Queens County, et al.,* restored to calendar, 395 U. S. 957; and No. 4, *Younger, District Attorney of Los Angeles County* v. *Harris et al.,* restored to calendar, 395 U. S. 955]. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Lonny F. Zwiener,* Assistant Attorney General, *W. V. Geppert, Henry Wade, Wilson Johnston, N. Alex Bickley, James E. Barlow,* and *Preston Dial* for appellants.

No. 528. UNITED STATES *v.* HILTON HOTELS CORP. C. A. 7th Cir. Certiorari granted and case set for oral argument immediately following No. 412 [certiorari granted, *ante,* p. 875]. *Solicitor General Griswold, Assistant Attorney General Walters, Matthew J. Zinn, Gilbert E. Andrews,* and *Stuart A. Smith* for the United States. *Burton W. Kanter* for respondent.

No. 529. MACKEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted and case set for oral argument immediately following No. 8 [*United States* v. *United States Coin and Currency in the Amount of $8,674 (Angelini, Claimant),* restored to calendar, 395 U. S. 918]. *William M. Ward* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.